604

443 A.2d 394

Commonwealth v. Norton, Appellant.

Submitted March 9, 1981.   Barry H. Denker, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, ROWLEY and MONTGOMERY, JJ.

Affirmed.

443 A.2d 394

Commonwealth v. Padworny, Appellant.

Submitted February 19, 1981.   Arthur J. King, Assistant Public Defender, for appellant;   Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.